442 A.2d 246

**COMMONWEALTH of Pennsylvania**

v.

**Charles R. GOINS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 18, 1982.

Decided March 16, 1982.

R. Anthony Toto, Philadelphia, Court-appointed, for appellant.

Robert B. Lawler, Chief, Appeals Div., Jane Greenspan, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgments of sentence affirmed.